UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60652-CIV-ZLOCH

ENERGIZER PLANS ADMINISTRATIVE
COMMITTEE,

        Plaintiff,

                                        **O R D E R**

vs.

MIGUEL LOPEZ,

        Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Energizer Plans Administrative Committee's Motion For Entry Of Default (DE 3).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

By the instant Motion Plaintiff seeks the entry of a Clerk's Default claiming that Defendant has been served with a summons and copy of the Complaint filed herein and has failed to file the appropriate response or motion within the time prescribed by law. However, Plaintiff has failed to attach an affidavit of service establishing that Defendant has been served in accordance with the dictates of Federal Rule 4.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. that Plaintiff Energizer Plans Administrative Committee's Motion For Entry Of Default (DE 3) be and the same is hereby **DENIED;** and

2. That by <u>noon</u>, <u>Wednesday, July 30, 2008</u>, Plaintiff shall submit a Motion For Final Judgment By Default, complete with Affidavits and Exhibits, and a proposed Default Final Judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __28th__ day of July, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record